FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 30 2010

DAVID J. MALAND, CLERK
BY
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| SAFETY LINK INTERNATIONAL, INC. § | | |
| Plaintiff § | | |
| VS. § | CASE NO. 4:08cv415 | |
| § | | |
| BRUCE BOYCE, Individually, and § | | |
| MANUFACTURER DIRECT, LTD. § | | |
| Defendants § | | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 11, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Bruce Boyce and Manufacturer Direct, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim (Dkt. 28) be DENIED in its entirety.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendants Bruce Boyce and Manufacturer Direct, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and for Failure to State a Claim (Dkt. 28) is DENIED in its entirety.

**IT IS SO ORDERED.**

SIGNED this 30th day of March, 2010.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE